AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| BRAD COGGINS and DARIN HEATH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-707 |
| McKESSON CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

McKesson Corporation, Defendant.

Date: 11/19/2025

/s/ Jeffrey M. Nye
*Attorney's signature*

Jeffrey M. Nye (0082247)
*Printed name and bar number*
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208

*Address*

jmn@sspfirm.com
*E-mail address*

(513) 533-6714
*Telephone number*

(513) 533-2999
*FAX number*