# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

BRAD COGGINS and DARIN HEATH  :

    Plaintiff,  :  Case No.: 1:25-cv-707

  -vs-  :  District Judge Matthew W. McFarland
McKESSON CORPORATION     Magistrate Judge
    Defendant,  :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Jeffrey M. Nye__, trial
    (Name of Trial Attorney)

attorney for McKesson Corporation, in the above-referenced action, hereby moves the court to
  (Name of Party)

admit __Brian D. Murray__, *pro hac vice* to appear and participate as counsel or co-counsel
  (Name of PHV Attorney)

in this case for __McKesson Corporation__.
  (Name of Party)

Movant represents that __Brian D. Murray__ is a member in good standing
  (Name of PHV Attorney)

of the highest court of __California__ as attested by the accompanying certificate from that
  (Name of State)

court and that __Brian D. Murray__ is not eligible to become a member of the
  (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

_____ Brian D, Murray ____ 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone ___(213) 537 1016_____   Business fax ____(213) 537 1020_____

Business address __15760 Ventura Boulevard, Suite 910, Los Angeles, CA  91436_____

_____

Business e-mail address ____bmurray@truckerhuss.com_____

                                        _/s/ Jeffrey M. Nye_____
                                        (Signature of Trial Attorney)
                                        __2623 Erie Avenue_____
                                        (Address)
                                        __Cincinnati, Ohio 45208_____
                                        (City, State, Zip Code)
                                        __513-533-6714_____
                                        (Telephone Number)

                          Trial Attorney for __McKesson Corporation_____
                                                       (Name of Party)

**(Please attach required Certificate of Service)**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 11/17/2025

**LICENSEE NAME:** Brian Douglas Murray

**LICENSEE BAR NUMBER:** 294100

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/9/2013

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Brian Douglas Murray's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*