# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

BRAD COGGINS and DARIN HEATH :

    Plaintiff, :    Case No.: 1:25-cv-707

    -vs- :    District Judge Matthew W. McFarland
McKESSON CORPORATION    Magistrate Judge
    Defendant, :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Jeffrey M. Nye__, trial
        (Name of Trial Attorney)

attorney for __McKesson Corporation__, in the above-referenced action, hereby moves the court to
    (Name of Party)

admit __Joseph C. Faucher__, *pro hac vice* to appear and participate as counsel or co-counsel
    (Name of PHV Attorney)

in this case for __McKesson Corporation__.
    (Name of Party)

Movant represents that __Joseph C. Faucher__ is a member in good standing
    (Name of PHV Attorney)

of the highest court of __California__ as attested by the accompanying certificate from that
    (Name of State)

court and that __Joseph C. Faucher__ is not eligible to become a member of the
    (Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

        Joseph C. Faucher 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone   (213) 537 1016      Business fax   (213) 537 1020

Business address   15760 Ventura Boulevard, Suite 910, Los Angeles, CA  91436

Business e-mail address   jfaucher@truckerhuss.com

        /s/ Jeffrey M. Nye
        (Signature of Trial Attorney)
        2623 Erie Avenue
        (Address)
        Cincinnati, Ohio 45208
        (City, State, Zip Code)
        513-533-6714
        (Telephone Number)

        Trial Attorney for  McKesson Corporation
        (Name of Party)

**(Please attach required Certificate of Service)**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 10/3/2025

**LICENSEE NAME:** Joseph Charles Faucher

**LICENSEE BAR NUMBER:** 137353

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/7/1988

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Joseph Charles Faucher's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*