IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| BRAD COGGINS and DARIN HEATH, | : | Case No. 1:25-cv-707-MWM |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| vs. | : | |
| MCKESSON CORPORATION | : | |
| Defendant. | : | |

**STIPULATION TO EXTEND DEFENDANT MCKESSON'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Local Rule 6.1, Plaintiffs Brad Coggins and Darin Heath ("Plaintiffs") and Defendant McKesson Corporation ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on September 26, 2025 (Dkt. 1);

WHEREAS, Defendant returned a signed Waiver of Service of Summons to Plaintiffs' counsel on October 17, 2025;

WHEREAS, the last day for Defendant to respond to the Complaint is currently November 25, 2025;

WHEREAS, in the interests of judicial economy and professional courtesy, and to permit Defendant additional time to prepare its response to the Complaint, the Parties agree to continue the deadline to respond to the Complaint by 14 days, to December 9, 2025;

WHEREAS, no prior stipulated extensions have been filed in this action;

\\\

\\\

\\\

\\\

1

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Defendant shall have up to and until December 9, 2025 to respond to the Complaint.

        s/ *Tony C. Merry* by s/ *Jeffrey M. Nye*
        per email authorization
        Tony C. Merry (0042471)
        Trial Attorney
        Law Offices of Tony C. Merry, LLC
        7100 N. High Street, Suite 302
        Worthington, OH 43085
        Tel. (614) 372-7114
        Fax (614) 505-6109
        tmerry@tmerrylaw.com
        Attorneys for Plaintiffs


        s/ Jeffrey M. Nye
        Jeffrey M. Nye (0082247)
        SSP Law
        2623 Erie Avenue
        Cincinnati, OH 45208
        Tel. 513-533-6714
        Trial Attorney for McKesson Corporation