IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BRAD COGGINS, et al., | : | Case No. 1:25-cv-707 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| MCKESSON CORPORATION, | : | |
| Defendant. | : | |

## CALENDAR ORDER

This matter is before the Court following an initial conference by phone on January 27, 2026. Pursuant to the filing of the Rule 26(f) Report by the parties on January 21, 2026 (Doc. 12), this case shall proceed as follows:

1. Deadline to submit protective order: **February 17, 2026**

2. Deadline to exchange initial disclosures: **March 2, 2026**

3. Deadline for settlement demand: **April 6, 2026**

4. Deadline for response to settlement demand: **May 4, 2026**

5. Deadline for motion to amend pleadings/add parties: **June 1, 2026**

6. Deadline for motions related to pleadings: **June 1, 2026**

7. Deadlines for disclosure of expert witnesses and submission of expert reports:
   - Plaintiffs' expert report(s): **September 1, 2026**
   - Defendant's expert report(s): **September 1, 2026**
   - Disclosure and report of rebuttal experts: **October 1, 2026**

8. Discovery deadline: **November 20, 2026**

9. Disclosure of non-expert (fact) witnesses: **By Final Pretrial Conference**

**IT IS SO ORDERED.**

                                                      UNITED STATES DISTRICT COURT
                                                      SOUTHERN DISTRICT OF OHIO

                                      By:   */s/ Matthew W. McFarland*
                                              JUDGE MATTHEW W. McFARLAND