IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| BRAD COGGINS and DARIN HEATH, | : | Case No. 1:25-cv-707-MWM |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| vs. | : | |
| MCKESSON CORPORATION | : | |
| Defendant. | : | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Pursuant to Local Rule 7.2, Plaintiffs Brad Coggins and Darin Heath ("Plaintiffs") and Defendant McKesson Corporation ("Defendant") (collectively, the "Parties") respectfully move this Court to continue the November 20, 2026 discovery cut-off deadline set forth in this Court's January 27, 2026 Calendar Order (Dkt. 13) by 90 days, to February 18, 2027. In support of this Motion, the Parties state as follows:

1. Plaintiffs filed the Complaint in this action on September 26, 2025 (Dkt. 1);

2. Defendant returned a signed Waiver of Service of Summons to Plaintiffs' counsel on October 17, 2025;

3. On November 20, 2025, the Parties filed a Stipulation to Extend Defendant McKesson's Deadline to Respond to Plaintiffs' Complaint (Dkt. 7), which continued the deadline to respond to Plaintiff's Complaint to December 9, 2025;

4. On December 9, 2025, Defendant filed an Answer to Plaintiffs' Complaint (Dkt. 10);

5. On January 21, 2026, the Parties filed their Joint Discovery Plan Pursuant to Fed. R. Civ. P. 26(f), which, among other things, requested a discovery cut-off of November 20, 2026 (Dkt. 12);

6. On January 27, 2026, following an initial conference with the Parties by phone that same day, the Court entered its Calendar Order, which set November 20, 2026 as the discovery deadline (Dkt. 13);

7. The Parties are still in the process of diligently pursuing discovery. Plaintiff has propounded interrogatories and requests for production of documents. Defendants have responded to Plaintiffs' interrogatories and are still in the process of reviewing and preparing documents responsive to Plaintiffs' document requests. Defendant recently noticed the depositions of Plaintiffs and served requests for production, but Plaintiffs require additional time to review and produce documents responsive to Defendant's requests for production prior to those depositions moving forward. In addition, Defendant's counsel is scheduled to be on a parental leave of absence from November 6 through December 4, 2026.

8. In light of these circumstances, and in the interests of judicial economy and professional courtesy, good cause exists to grant this Motion. Accordingly, the Parties respectfully move the Court continue the discovery deadline by 90 days, to February 18, 2027.

9. Pursuant to Local Rule 7.3, the undersigned represent that the Parties have consulted in good faith and consented to the filing of this motion and this motion is unopposed.

s/ Tony C. Merry by s/ Brian D. Murray per email authorization
Tony C. Merry
Trial Attorney
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, OH 43085
Tel. (614) 372-7114
Fax (614) 505-6109
tmerry@tmerrylaw.com
Attorneys for Plaintiffs

s/ Joseph C. Faucher
Joseph C. Faucher
Brian D. Murray
TRUCKER ✦ HUSS
A Professional Corporation
15760 Ventura Boulevard, Suite 910
Encino, CA 91436
Tel. (213) 537-1016
Fax (213) 537-1020
jfaucher@truckerhuss.com
bmurray@truckerhuss.com

Jeffrey M. Nye
SSP Law
2623 Erie Avenue
Cincinnati, OH 4528
Tel. 513-533-6714

Attorneys for Defendant McKesson Corporation