IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| BRAD COGGINS and DARIN HEATH, | : | Case No. 1:25-cv-707-MWM |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| vs. | : | |
| MCKESSON CORPORATION | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

This matter having come before the Court on the Joint Motion to Extend Discovery Deadline, and the Court being fully advised, it is hereby ordered that the discovery deadline currently set for November 20, 2026 (Dkt. 13) is hereby continued by 90 days, to February 18, 2027.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:________________________________
UNITED STATES DISTRICT JUDGE



9190622.v2